AO 91 (Rev. 08/09) Criminal Complaint          BJ

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Susanne Purdy<br>*Defendant(s)* | Case No. 2:22-mj-233 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 26, 2022__ in the county of __Belmont__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 111(a)(1) | Forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated an officer and employee of the United States while engaged in or on account of the performance of official duties. |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

LISA M. Scott, SENIOR OFFICER SPECIALIST
Printed name and title

Sworn to before me and signed in my presence. ATTESTED BY FACETIME e F.R.Cr.R.4.1

Date: 3/31/2022

City and state: COLUMBUS, OHIO

_____
Norah McCann King
United States Magistrate Judge
Printed name and title

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Ofc. Lisa Scott, hereby declare and state the following:

1. I am a Senior Officer Specialist with the United States Department of Justice, Federal Bureau of Prisons. My current duty station is the Federal Transfer Center in Oklahoma City, Oklahoma. I started with the BOP in February 1992.

2. In 1995, I attended the BOP Bus Operations Training and became qualified to work as a Bus Officer transporting prisoners. As part of the Federal Transfer Center's mission, Bus Officers transport inmates to prisons across the country.

3. On January 26, 2022, in the course and scope of my employment, I was assigned to work a bus transporting inmates from the Federal Transfer Center to the Secure Female Facility at the Federal Correctional Complex in Hazelton, West Virginia.

4. A little before 12:00 pm, the bus stopped for fuel at the gas station located at 66377 Belmont-Morristown Road, in Belmont, Ohio 43718, which is in Belmont County in the Southern District of Ohio.

5. At approximately 12:05 pm, federal inmate Suzanne Purdy, Register Number 95579-007, slipped her hand restraints and swung her fist at another inmate. Bus Lieutenant Hunt, seated in the secured cage in the back of the bus, observed inmate Purdy attempting to assault another inmate and called me. I ordered inmate Purdy to come to the front of the bus and submit to restraints. Inmate Purdy refused, saying she was "busy."

6. At this point Lt. Hunt and I entered the secure bus cage where the inmates are held to restrain inmate Purdy and place a black box cover over her handcuffs to prevent her from removing her restraints again.

7. While attempting to remove the handcuffs from inmate Purdy's Martin chain (a chain that goes around an inmate's waist), inmate Purdy spit at me, striking me with her saliva. I also observed her spit on Lt. Hunt.

8. Once the handcuff was removed from her right hand, Purdy threw her elbow up and struck me on my left cheek.

9. We then gained control of inmate Purdy, placed the black box on her handcuffs, moved her to the front seat of the secure bus cage, and exited the cage.

10. When we arrived at FCC Hazelton later that afternoon, I was seen in Health Services. My cheek was bruised but did not require further treatment.

Respectfully submitted,

*Lisa M. Scott*
Ofc. Lisa Scott
Senior Officer Specialist
Federal Bureau of Prisons

Sworn to and subscribed before me this 31st day of March, 2022 at Columbus, Ohio.

Norah McCann King
United States Magistrate Judge

_____
HONORABLE NORAH McCANN KING
United States Magistrate Judge